UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Mashea Snyder,

Debtor.

Case No.: 19-23134-ABA

Chapter: 13

Hearing Date: 10/01/2024

Judge: Altenburg

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 4 Wilson Drive (Docket # 45)

_____

Date: 09/25/2024                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*